DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
Telephone (916) 455-4800
Facsimile (916) 451-5687
Email: dallen@davidallenlaw.com

Attorneys for Plaintiff,
JENNIFER SHAFFER


JENNY H. WANG (SBN 191643)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
PARK TOWER, 695 TOWN CTR.DR. 15TH FL
COSTA MESA, CA 92626
TELEPHONE: 714-800-2302
FACSIMILE: 714-754-1298
Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHAFFER,<br><br>          Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>          Defendant | Case No.: 2:19-cv-01145-JAM-AC<br><br>STIPULATION DISMISSING ACTION WITH PREJUDICE<br><br>COMPLAINT FILED: 06/21/2019 |

      IT IS HEREBY STIPULATED by and between the Plaintiff, JENNIFER SHAFFER, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

      As signatories to this Stipulation, and all parties on whose behalf the filing is submitted,

concur with the Stipulation's content and have authorized its filing.

DATED: October 25, 2019     DAVID ALLEN & ASSOCIATES

*//s// David Allen*

By_____
    DAVID ALLEN
    Attorney for Plaintiff,
        JENNIFER SHAFFER

DATED: October 25, 2019     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C

*//s// Jenny H. Wang*

By_____
    JENNY H. WANG
    Attorney for Defendant,
        LIBERTY LIFE ASSURANCE
        COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHAFFER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendant. | CASE NO. 2:19-cv-01145-JAM-AC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br><br>Complaint Filed: 06/21/2019 |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated: October 25, 2019

　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　The Honorable JOHN A. MENDEZ
　　　　　　　　　　　　　　　　United States District Court Judge